**In re LITIGATION UNDER the REGIONAL RAIL REORGANIZATION ACT OF 1973.**

**No. 166.**

Judicial Panel on Multidistrict Litigation.

March 25, 1974.

## OPINION AND ORDER

Before ALFRED P. MURRAH* Chairman, and JOHN MINOR WISDOM, EDWARD WEINFELD, EDWIN A. ROBSON, WILLIAM H. BECKER, JOSEPH S. LORD, III, and STANLEY A. WEIGEL, Judges of the Panel.

PER CURIAM.

The United States Railway Association has petitioned the Panel to transfer to the Special Court, established pursuant to Section 209(b) of Public Law No. 93–236 (Regional Rail Reorganization Act of 1973) and constituted in the District of the District of Columbia,[1] certain actions commenced against the Association and others challenging the constitutionality of the Act or parts thereof. The Panel has carefully considered the respective contentions of the parties and finds that transfer of these actions under Section 209(b) of the Act to the Special Court must be denied. And the Panel also finds that the criteria for transfer of these actions to the Special Court under 28 U.S.C. § 1407 are not satisfied.

It is therefore ordered that transfer of the actions listed on Schedule A to the Special Court, either under Section 209(b) of Public Law No. 93–236 or 28 U.S.C. § 1407 be, and the same hereby is denied.

### SCHEDULE A

#### Eastern District of Pennsylvania

| | |
|---|---|
| Connecticut General Life Insurance Corp., et al. v. United States Railway Association, et al. | Civil Action No. 74–189 |
| Manufacturers Hanover Trust Company v. United States Railway Association, et al. | Civil Action No. 74–332 |

#### District of the District of Columbia

| | |
|---|---|
| Richard Joyce Smith v. United States of America, et al. | Civil Action No. 74–180 |
| Penn Central Company v. Claude S. Brinegar, et al. | Civil Action No. 74–195 |

---

* Judge Murrah took no part in the consideration or decision of this matter because of his inability to attend the hearing.

1. See Opinion and Order of the Panel, filed March 1, 1974.